389 P.3d 136

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Jamal D. MANK, Defendant-Appellee**

**NO. CAAP-16-0000342**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 31, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT
(CR. NO. 15-1-0686)

## SUMMARY DISPOSITION ORDER

Vacate. Remand.

389 P.3d 136

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Reggie JOHNSON, Defendant-Appellant**

**NO. CAAP-15-0000680**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 31, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT
(CR. NO. 14-1-0195)

## MEMORANDUM OPINION

Affirm.

389 P.3d 136

**JPMORGAN CHASE BANK, National Association, Plaintiff-Appellee,**

v.

**Ronald W. BENNER, Defendant-Appellant,**

and

**John Does 1-10; Jane Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10; Doe Entities 1-10; Doe Governmental Entities 1-10, Defendants**

**NO. CAAP-15-0000637**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 3, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2761)

## MEMORANDUM OPINION

Remand.